PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Stephen Honczarenko      Cr.: 2:10CR00346-001
     PACTS #: 54866

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden,
                         Senior United States District Court Judge

Date of Original Sentence: October 4, 2010

Original Offense: Failure to file a form 5500 report in connection with a 401(k) benefit plan.

Original Sentence: 36 months supervised release.

Type of Supervision: Probation           Date Supervision Commenced: October 4, 2010

## STATUS REPORT

U.S. Probation Officer Action:

On October 4, 2010, the offender was sentenced by Your Honor to three years probation. The following special condition was imposed: no new debt/credit. He was also ordered to pay a $100 special assessment and $107,678.94 restitution.

Mr. Honczarenko currently resides in Ringwood, NJ. He has been employed with Progressive Rusch Machine Company since January, 2008. We believe that Mr. Honczarenko has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $79,000.00 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Honczarenko's term of supervision to expire as scheduled on October 3, 2013.

Respectfully submitted,

Thomas Miller

By: Thomas C. Miller
      Deputy Chief U.S. Probation Officer
Date: August 6, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Concur with the recommendation of the U.S. Probation Office. Case to expire on October 3, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

10/2/13
_____
Date